2/18/11 2:43PM

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of California | **Voluntary Petition** |

**Name of Debtor** (if individual, enter Last, First, Middle):
SIMO HOLDINGS, INC., a California corporation

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
93-1037856

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
1812 Aston Avenue
Carlsbad, CA
ZIP Code: 92008

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
San Diego

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(4/10)  2/18/11 2:43PM  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): SIMO HOLDINGS, INC., a California corporation |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

2/18/11 2:43PM

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | SIMO HOLDINGS, INC., a California corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *[signature]*
Signature of Attorney for Debtor(s)

David S. Kupetz, Esq. (State Bar No. 125062)
Printed Name of Attorney for Debtor(s)

SulmeyerKupetz
Firm Name

333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Address

213.626.2311  Fax: 213.629.4520
Telephone Number

2/23/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

Mark Simo
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

2/24/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# ACTION BY WRITTEN CONSENT
# OF
# DIRECTORS

## SIMO HOLDINGS, INC.
a California corporation

February 11, 2011

The undersigned, being all of the directors of Simo Holdings, Inc., a California corporation (the "*Company*"), acting pursuant to the authority of Sections 307(b) of the California General Corporation Law, do hereby consent, approve and adopt the following resolutions.

**RESOLVED**, that it is in the best interests of this Company, its creditors, stockholders, and other interested parties that the Company file a petition for relief under the provisions of chapter 11 of the Bankruptcy Code.

**FURTHER RESOLVED**, that a petition under said chapter 11 shall be filed as executed by the Chief Executive Officer on behalf of the Company and the same hereby is approved and adopted in all respects, and the Chief Executive Officer is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Southern District of California.

**FURTHER RESOLVED**, that officers of the Company be, and hereby are, authorized to execute and file all schedules, lists, and other papers, and to take any and all action which the Chief Executive Officer shall deem necessary and proper, considering the advice of counsel, in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel and other professionals which he may deem necessary and proper with a view to the successful termination of such proceedings.

**FURTHER RESOLVED**, that the firm of SulmeyerKupetz, a professional corporation, hereby is retained as bankruptcy counsel for the Company in connection with the commencement and maintenance of the aforementioned chapter 11 case, including all matters and proceedings arising in such chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and SulmeyerKupetz.

**FURTHER RESOLVED**, that all actions heretofore taken by the officers of the Company in connection with the implementation of the foregoing proceedings be, and hereby are, ratified, confirmed and approved as the acts and deeds of the Company.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned have executed this Action by Written Consent as of the date first set forth above, thereby agreeing that the foregoing resolutions shall be of the same force and effect as if regularly adopted at a meeting held upon due notice. This Action by Written Consent may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. This Action by Written Consent may be executed by facsimile transmission and such facsimile shall be valid and binding to the same extent as if it were an original.

_____
Mark Simo

_____
Brian Simo

_____
Scott Benjamin

2

2/18/11 2:43PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  SIMO HOLDINGS, INC., a California corporation  
Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jido & Juniar, Inc. d/b/a N&L Productions 6214 Topiary Street Carlsbad, CA 92009 | Jido & Juniar, Inc. d/b/a N&L Productions Attn: Laith Haisha 6214 Topiary Street Carlsbad, CA 92009 Telephone: 619-540-5466 Fax: (760) 931-9743 laith@jandjclothing.com | Note Payable | | $4,537,379.62 |
| Silver Triangle Industries 11211 Sorrento Valley Road Suite I San Diego, CA 92121 | Silver Triangle Industries Attn: Jorge Navarro 11211 Sorrento Valley Road Suite I San Diego, CA 92121 Telephone: (858) 646-7626 Fax: (858) 646-7628 silverind@aol.com | Trade Debt | | $1,835,965.77 |
| Michael L. Galardi 517 Ocean Bluff Encinitas, CA 92024 | Michael L. Galardi 517 Ocean Bluff Encinitas, CA 92024 | Note Payable | | $1,010,191.76 |
| Kwanglim America, Inc. 4221 Wilshire Boulevard #392 Los Angeles, CA 90010 | Kwanglim America, Inc. Attn: Kenneth Leong 4221 Wilshire Boulevard #392 Los Angeles, CA 90010 Telephone: (323) 934-0081 Fax: (323) 651-3525 | Trade Debt | | $615,638.60 |
| Factory Direct International 337 South Main Street Post Office Box 773 Findlay, OH 45840 | Factory Direct International Attn: Shawn Rogers 337 South Main Street Post Office Box 773 Findlay, OH 45840 Telephone: (419) 425-9636 Fax: (419) 425-9442 srogers@fdizone.com | Trade Debt | | $446,790.90 |

2/18/11 2:43PM

B4 (Official Form 4) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| La Jolla Group, Inc. 14350 Myford Road Irvine, CA 92606 | La Jolla Group, Inc. Attn: Bill Bussiere 14350 Myford Road Irvine, CA 92606 Telephone: (949) 428-2800 Fax: (949) 334-1342 bill.bussiere@lajollagroup.com | Note Payable | | $332,787.08 |
| SRH Productions 2826 La Miranda Drive Suite B Vista, CA 92083 | SRH Productions Attn: Ryan White 2826 La Miranda Drive Suite B Vista, CA 92083 Telephone: (760) 599-4594 Fax: (760) 599-4595 ryan@srh.com | Note Payable | | 327,186.23 |
| LFP Apparel, LLC 9360 Penfield Avenue Chatsworth, CA 91311 | LFP Apparel, LLC Attn: Russell Meisels 9360 Penfield Avenue Chatsworth, CA 91311 Telephone: (323) 951-7897 Fax: (323) 651-3525 rmeisels@lfp.com | Note Payable | | 272,695.91 |
| Eastern Diamond 1611 West Rosecrans Avenue Gardena, CA 90249 | Eastern Diamond Attn: Bob Hsu 1611 West Rosecrans Avenue Gardena, CA 90249 Telephone: (310) 323-8840 Fax: (310) 516-7722 hsubob@gmail.com | Trade Debt | | $268,871.79 |
| Heather Moates | Heather Moates | Note Payable | | $255,561.36 |
| Bill Zimmerman Ent., LLC Post Office Box 1100 Snowflake, AZ 85937 | Bill Zimmerman Ent., LLC Post Office Box 1100 Snowflake, AZ 85937 | Note Payable | | $242,747.94 |
| Jamie Middleton 8102 North Mummy Mountain Road Paradise Valley, AZ 85253-2242 | Jamie Middleton 8102 North Mummy Mountain Road Paradise Valley, AZ 85253-2242 Telephone: (480) 609-1922 4jlm@aol.com | Note Payable | | $203,397.26 |
| One Industries 12270 World Trade Drive Suite 103 San Diego, CA 92128 | One Industries Attn: Rhett Souders 12270 World Trade Drive Suite 103 San Diego, CA 92128 Telephone: (858) 385-8548 Fax: (858) 485-8308 rhett@oneindustries.com | Note Payable | | $202,717.81 |

B4 (Official Form 4) (12/07) - Cont.
In re   SIMO HOLDINGS, INC., a California corporation    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Boris Said<br>1437 Paint Mountain<br>Escondido, CA 92029 | Boris Said<br>1437 Paint Mountain<br>Escondido, CA 92029<br>Telephone: (760) 805-9626<br>Fax: (760) 931-9741<br>boriss@nofear.com | Note Payable | | $189,669.54 |
| Daniel & Georgia La Porte<br>1220 17th Street<br>Hermosa Beach, CA 90254 | Daniel & Georgia La Porte<br>1220 17th Street<br>Hermosa Beach, CA 90254<br>Telephone: (310) 968-0164 | Note Payable | | $153,057.54 |
| Hoven Vision<br>30941 Silver Leaf Drive<br>San Juan Capistrano, CA 92675 | Hoven Vision<br>Attn: Craig Lark<br>30941 Silver Leaf Drive<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 369-1976<br>Fax: (949) 361-3618<br>dadlark@hovenvision.com | Trade Debt | | $131,408.40 |
| Boris Said Consignment<br>1437 Paint Mountain<br>Escondido, CA 92029 | Boris Said Consignment<br>1437 Paint Mountain<br>Escondido, CA 92029<br>Telephone: (760) 805-9626<br>Fax: (760) 931-9741<br>boriss@nofear.com | Trade Debt | | $123,478.95 |
| Factory Connection Racing, Inc.<br>1620B Commerce Street<br>Corona, CA 92880 | Factory Connection Racing, Inc.<br>Attn: Jeff Majkrzak<br>1620B Commerce Street<br>Corona, CA 92880<br>Telephone: (951) 534-8672<br>Fax: (951) 371-2993<br>jeffm@factoryconnectionracing.com | Trade Debt | | $119,436.90 |
| Karen Sileo<br>Post Office Box 2002<br>Vista, CA 92085 | Karen Sileo<br>Post Office Box 2002<br>Vista, CA 92085<br>Telephone: (760) 908-3605<br>kareninasileo@gmail.com | Note Payable | | $114,630.69 |
| Banjo Industries, Inc.<br>11211 Sorrento Valley Road<br>No. 1<br>San Diego, CA 92121 | Banjo Industries, Inc.<br>Attn: Jorge Navarro<br>11211 Sorrento Valley Road<br>No. 1<br>San Diego, CA 92121<br>Telephone: (858) 646-7626<br>Fax: (858) 646-7628<br>silverind@aol.com | Trade Debt | | $108,870.00 |

2/18/11 2:43PM

B4 (Official Form 4) (12/07) - Cont.

In re   SIMO HOLDINGS, INC., a California corporation    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Electric Visual<br>1062 Calle Negocio<br>Suite H<br>San Clemente, CA 92673 | Electric Visual<br>Attn: Don Dyer<br>1062 Calle Negocio<br>Suite H<br>San Clemente, CA 92673<br>Telephone: (800) 958-6556<br>Fax: (949) 940-0082<br>don@electricvisual.com | Trade Debt | | $104,781.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   February 24 2011        Signature   _____
                                            Mark Simo
                                            Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.
David S. Kupetz, Esq. (State Bar No. 125062)
SulmeyerKupetz, A Professional Corporation
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
Telephone: (213) 626-2311; dkupetz@sulmeyerlaw.com

2/18/11 2:43PM

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
SIMO HOLDINGS, INC., a California corporation

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☒ New petition filed. Creditor diskette required.    TOTAL NO. OF CREDITORS: ___

☐ Conversion filed on _____. *See instructions on reverse side.*
  ☐ Former Chapter 13 converting. Creditor diskette required.    TOTAL NO. OF CREDITORS: ___
  ☐ Post-petition creditors added. Scannable matrix required.
  ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
  ☐ Names and addresses are being ADDED.
  ☐ Names and addresses are being DELETED.
  ☐ Names and addresses are being CORRECTED.

PART II (check one):

☒ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: February 24, 2011

Mark Simo/Chief Executive Officer
Simo Holdings, Inc.
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

2/16/11 2:43PM

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1) Full compliance with Special Requirements for Mailing Addresses (CSD 1007) is required.

2) A creditors matrix with Verification is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be originally typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, ALL creditors must be listed on the mailing matrix at the time of filing and accompanied by a Verification. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, only post-petition creditors need be listed on the mailing matrix. The matrix and Verification must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) Scannable matrix format required.

   b) The matrix with Verification is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the REVERSE side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

SIMO HOLDINGS, INC., a California corporation
1812 Aston Avenue
Carlsbad, CA 92008


David S. Kupetz, Esq. (State Bar No.
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701


Banjo Industries, Inc.
11211 Sorrento Valley Road, #I
San Diego, CA 92121


Barry R. Gore, Esq.
Smith Campbell Clifford, et al
3424 Carson Street, Suite 350
Torrance, CA 90503


Bill Zimmerman Ent., LLC
Post Office Box 1100
Snowflake, AZ 85937


Boris Said
1437 Point Mountain
Escondido, CA 92029


Boris Said Consignment
1437 Paint Mountain
Escondido, CA 92029


Daniel & Georgia La Porte
1220 17th Street
Hermosa Beach, CA 90254

Don R. Emler
18033 South Santa Fe
Compton, CA 90221


Eastern Diamond
1611 West Rosecrans Avenue
Gardena, CA 90249


Electric Visual
1062 Calle Negocio
Suite H
San Clemente, CA 92673


Employment Development Departm
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Factory Connection Racing, Inc
1620B Commerce Street
Corona, CA 92880


Factory Direct International
337 South Main Street
Post Office Box 773
Findlay, OH 45840


FMF International, Inc.
1916 Palomar Oaks Way
Number 150
Carlsbad, CA 92010


FMF Racing
18033 South Santa Fe Avenue
Compton, CA 90221

Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812


Heather Moates


Hoven Vision
30941 Silver Leaf Drive
San Juan Capistrano, CA 92675


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm
Los Angeles, CA 90012-9903


Jamie Middleton
8102 North Mummy Mountain Road
Paradise Valley, AZ 85253-2242


Janet Kaufman, Esq.
462 Stevens Avenue
Suite 310
Solana Beach, CA 92075


Jennifer Peters, Esq.
10100 Santa Monica Boulevard
Suite 2490
Los Angeles, CA 90067


Jido & Juniar, Inc.
6214 Topiary Street
Carlsbad, CA 92009


Joel D. Deutsch, Esq.
1900 Avenue of the Stars
Seventh Floor
Los Angeles, CA 90067

Karen Sileo
Post Office Box 2002
Vista, CA 92085


Kwanglim America, Inc.
4221 Wilshire Boulevard #392
Los Angeles, CA 90010


La Jolla Group, Inc.
14350 Myford Road
Irvine, CA 92606


LFP Apparel, LLC
9360 Penfield Avenue
Chatsworth, CA 91311


Michael L. Galardi
517 Ocean Bluff
Encinitas, CA 92024


One Industries
12270 World Trade Drive
Suite 103
San Diego, CA 92128


Richard R. Spirra, Esq.
Gordon & Rees LLP
101 West Broadway, Suite 200
San Diego, CA 92101


Silver Triangle Industries
11211 Sorrento Valley Road
Suite I
San Diego, CA 92121


SRH Productions
2826 La Miranda Drive
Suite B
Vista, CA 92083