B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re: SIMO HOLDINGS, INC., a California corporation
Debtor(s)

Case No. 11-02898-MM11
Chapter 11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jido & Juniar, Inc. d/b/a N&L Productions 6214 Topiary Street Carlsbad, CA 92009 | Jido & Juniar, Inc. d/b/a N&L Productions Attn: Laith Haisha 6214 Topiary Street Carlsbad, CA 92009 Telephone: 619-540-5466 Fax: (760) 931-9743 laith@jandjclothing.com | Note Payable | | $4,537,379.62 |
| FMF Racing 18033 South Santa Fe Compton, CA 90221 | FMF Racing 18033 South Santa Fe Compton, CA 90221 Telephone: (310) 631-4363 Fax: (310) 900-5699 lee@fmfracing.com | Note Payable | | $2,405,565.42 |
| Suntrust Bank 303 Peachtree Street, Northeast Atlanta, GA 30308 | Suntrust Bank 303 Peachtree Street, Northeast Atlanta, GA 30308 | Note Payable | | $2,020,784.36 |
| Silver Triangle Industries 11211 Sorrento Valley Road Suite I San Diego, CA 92121 | Silver Triangle Industries Attn: Jorge Navarro 11211 Sorrento Valley Road Suite I San Diego, CA 92121 Telephone: (858) 646-7626 Fax: (858) 646-7628 silverind@aol.com | Trade Debt | | $1,689,436.55 |
| Michael L. Galardi 517 Ocean Bluff Encinitas, CA 92024 | Michael L. Galardi 517 Ocean Bluff Encinitas, CA 92024 | Note Payable | | $1,010,191.76 |
| Kwanglim America, Inc. 4221 Wilshire Boulevard #392 Los Angeles, CA 90010 | Kwanglim America, Inc. Attn: Kenneth Leong 4221 Wilshire Boulevard #392 Los Angeles, CA 90010 Telephone: (323) 934-0081 Fax: (323) 651-3525 | Trade Debt | | $615,638.60 |
| Don Emler 18033 South Santa Fe Compton, CA 90221 | Don Emler 18033 South Santa Fe Compton, CA 90221 | Note Payable | | $602,451.91 |

B4 (Official Form 4) (12/07) - Cont.

In re   SIMO HOLDINGS, INC., a California corporation   Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Rogers Sports Management Group, Inc., dba Factory Direct International 337 South Main Street Post Office Box 773 Findlay, OH 45840 | Rogers Sports Management Group, Inc., dba Factory Direct International Attn: Shawn Rogers 337 South Main Street Post Office Box 773 Findlay, OH 45840 Telephone: (419) 425-9636 Fax: (419) 425-9442 srogers@fdizone.com | Note Payable | | $446,790.90 |
| Jamie Middleton 8102 North Mummy Mountain Road Paradise Valley, AZ 85253-2242 | Jamie Middleton 8102 North Mummy Mountain Road Paradise Valley, AZ 85253-2242 Telephone: (480) 609-1922 4jlm@aol.com | Note Payable | | $365,063.92 |
| La Jolla Group, Inc. 14350 Myford Road Irvine, CA 92606 | La Jolla Group, Inc. Attn: Bill Bussiere 14350 Myford Road Irvine, CA 92606 Telephone: (949) 428-2800 Fax: (949) 334-1342 bill.bussiere@lajollagroup.com | Note Payable | | $332,787.08 |
| SRH Productions 2826 La Miranda Drive Suite B Vista, CA 92083 | SRH Productions Attn: Ryan White 2826 La Miranda Drive Suite B Vista, CA 92083 Telephone: (760) 599-4594 Fax: (760) 599-4595 ryan@srh.com | Note Payable | | 327,186.23 |
| LFP Apparel, LLC 9360 Penfield Avenue Chatsworth, CA 91311 | LFP Apparel, LLC Attn: Russell Meisels 9360 Penfield Avenue Chatsworth, CA 91311 Telephone: (323) 951-7897 Fax: (323) 651-3525 rmeisels@lfp.com | Note Payable | | 272,695.91 |
| Eastern Diamond, Inc. 1611 West Rosecrans Avenue Gardena, CA 90249 | Eastern Diamond, Inc. Attn: Bob Hsu 1611 West Rosecrans Avenue Gardena, CA 90249 Telephone: (310) 323-8840 Fax: (310) 516-7722 hsubob@gmail.com | Trade Debt | | $268,871.79 |
| Heather Moates 7223 Mimosa Carlsbad, CA 92009 | Heather Moates 7223 Mimosa Carlsbad, CA 92009 Telephone: (760) 473-6687 | Note Payable | | $255,561.36 |

B4 (Official Form 4) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation        Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bill Zimmerman Ent., LLC<br>Post Office Box 1100<br>Snowflake, AZ 85937 | Bill Zimmerman Ent., LLC<br>Post Office Box 1100<br>Snowflake, AZ 85937 | Note Payable | | $242,747.94 |
| FMF International, Inc.<br>1812 Ashton Avenue<br>Carlsbad, CA 92006 | FMF International, Inc.<br>1812 Ashton Avenue<br>Carlsbad, CA 92006 | Trade Debt | | $230,658.75 |
| One Industries<br>12270 World Trade Drive<br>Suite 103<br>San Diego, CA 92128 | One Industries<br>Attn: Rhett Souders<br>12270 World Trade Drive<br>Suite 103<br>San Diego, CA 92128<br>Telephone: (858) 385-8548<br>Fax: (858) 485-8308<br>rhett@oneindustries.com | Note Payable | | $202,717.81 |
| Boris Said<br>1437 Paint Mountain<br>Escondido, CA 92029 | Boris Said<br>1437 Paint Mountain<br>Escondido, CA 92029<br>Telephone: (760) 805-9626<br>Fax: (760) 931-9741<br>boriss@nofear.com | Note Payable | | $189,669.54 |
| Daniel & Georgia La Porte<br>1220 17th Street<br>Hermosa Beach, CA 90254 | Daniel & Georgia La Porte<br>1220 17th Street<br>Hermosa Beach, CA 90254<br>Telephone: (310) 968-0164 | Note Payable | | $153,057.54 |
| Hoven Vision<br>30941 Silver Leaf Drive<br>San Juan Capistrano, CA 92675 | Hoven Vision<br>Attn: Craig Lark<br>30941 Silver Leaf Drive<br>San Juan Capistrano, CA 92675<br>Telephone: (949) 369-1976<br>Fax: (949) 361-3618<br>dadlark@hovenvision.com | Trade Debt | | $131,408.40 |
| Boris Said Consignment<br>1437 Paint Mountain<br>Escondido, CA 92029 | Boris Said Consignment<br>1437 Paint Mountain<br>Escondido, CA 92029<br>Telephone: (760) 805-9626<br>Fax: (760) 931-9741<br>boriss@nofear.com | Trade Debt | | $123,478.95 |
| Factory Connection Racing, Inc.<br>1620B Commerce Street<br>Corona, CA 92880 | Factory Connection Racing, Inc.<br>Attn: Jeff Majkrzak<br>1620B Commerce Street<br>Corona, CA 92880<br>Telephone: (951) 534-8672<br>Fax: (951) 371-2993<br>jeffm@factoryconnectionracing.com | Trade Debt | | $119,436.90 |

B4 (Official Form 4) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation  
                             Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Karen Sileo<br>Post Office Box 2002<br>Vista, CA 92085 | Karen Sileo<br>Post Office Box 2002<br>Vista, CA 92085<br>Telephone: (760) 908-3605<br>kareninasileo@gmail.com | Note Payable | | $114,630.69 |
| Banjo Industries, Inc.<br>11211 Sorrento Valley Road<br>No. 1<br>San Diego, CA 92121 | Banjo Industries, Inc.<br>Attn: Jorge Navarro<br>11211 Sorrento Valley Road<br>No. 1<br>San Diego, CA 92121<br>Telephone: (858) 646-7626<br>Fax: (858) 646-7628<br>silverind@aol.com | Trade Debt | | $108,870.00 |
| Electric Visual<br>1062 Calle Negocio<br>Suite H<br>San Clemente, CA 92673 | Electric Visual<br>Attn: Don Dyer<br>1062 Calle Negocio<br>Suite H<br>San Clemente, CA 92673<br>Telephone: (800) 958-6556<br>Fax: (949) 940-0082<br>don@electricvisual.com | Trade Debt | | $104,781.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 11, 2011

Signature  /s/ Mark Simo  
               Mark Simo  
               Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.