B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation        Case No.    11-02898
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mikshag, Inc. <br> 131 Avenida Victoria <br> San Clemente, CA 92672 | | - | | | | | | 8,200.50 |
| Account No. <br><br> Mister G's <br> 120 North Main <br> Viroqua, WI 54665 | | - | | | | | | 192.00 |
| Account No. <br><br> Mob, Inc. <br> Attn:  Chad Schoeman <br> 29763 Santa Maria Drive <br> Sun City, CA 92587 | | - | | | | | | 5.30 |
| Account No. <br><br> Modern Data Products, Inc. <br> 22122 Sherman Way <br> Canoga Park, CA 91303 | | - | | | | | | 4,423.19 |
| Account No. <br><br> Morrison & Foerster LLP <br> File No. 72497 <br> Post Office Box 60000 <br> San Francisco, CA 94160 | | - | | | | | | 4,082.42 |

Sheet no.  27  of  43  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                16,903.41

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                           Case No.    11-02898
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Motorbrands USA<br>Post Office box 580<br>Sturbridge, MA 01566 | - | | | | | | 9,946.00 |
| Account No. | | | | | | | |
| Mount Holly Powersports<br>Route 38<br>Lumberton, NJ 08048 | - | | | | | | 61.42 |
| Account No. | | | | | | | |
| MX No Fear US<br>2251 Faraday Avenue<br>Suite A<br>Carlsbad, CA 92008 | - | | | | | | 1,047.00 |
| Account No. | | | | | | | |
| Nautical Sports Center<br>2150 North Kiowa Avenue<br>Suite A-100<br>Lake Havasu City, AZ 86405 | - | | | | | | 78.00 |
| Account No. | | | | | | | |
| NC Rate Bureau | | | | | | | 1,901.00 |

Sheet no. __28__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  13,033.42

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                     Case No.    11-02898
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Next Level Apparel 3128 Harcourt Street Compton, CA 90221 | - | | | | | | 2,902.50 |
| Account No. | | | | | | | |
| Nicole Moates 1901 Mead Lane Oklahoma City, OK 73170 | - | | | | | | 1,060.64 |
| Account No. | | | | | | | |
| Nitro Circus 14852 South Heritage Crest Way Suite D Riverton, UT 84065 | - | | | | | | 2,797.57 |
| Account No. | | | | | | | |
| Nu Image Components, Inc. 1290 Dodson Way Riverside, CA 92507 | - | | | | | | 2,275.26 |
| Account No. | | | | | | | |
| Oakley Inc. File 55716 Los Angeles, CA 90074 | - | | | | | | 24,882.00 |

Sheet no.  29  of  43   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               33,917.97

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                           Case No.    11-02898
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Olander Enterprise 1225 Puerta Del Sol #300 San Clemente, CA 92673 | - | | | | | | 21,052.21 |
| Account No. | | | | | | | |
| One Industries 12270 World Trade Drive Suite 103 San Diego, CA 92128 | - | | | | | | 202,717.81 |
| Account No. | | | | | | | |
| One Step Data 320 West Arden Suite 110 Glendale, CA 91203 | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| Optimal Integrated Solutions 2260 Rutherford Road Suite 105 Carlsbad, CA 92008 | - | | | | | | 214.00 |
| Account No. | | | | | | | |
| Orange Twenty One No. America 2070 Las Palmas Drive Carlsbad, CA 92011 | - | | | | | | 54,162.50 |

Sheet no.  30  of  43   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    278,396.52

B6F (Official Form 6F) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation                          Case No.    11-02898
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Outdoor Products 4401 D Street NW Suite B Auburn, WA 98001 | | - | | | | | 4,311.00 |
| Account No. Outdoor Sports 9100 East Valley Road Prescott Valley, AZ 86314 | | - | | | | | 704.50 |
| Account No. P-Max Apparel Inc. 16 Technology No. 126 Irvine, CA 92618 | | - | December 14, 2010 Guaranty to secure purchase orders by No Fear Retail Stores, Inc., to P-Max Apparel, Inc. | | | | 24,200.63 |
| Account No. Pacific Solutions, Inc. 970 West Broadway #E-285 Jackson, WY 83001 | | - | | | | | 154.89 |
| Account No. Paul Hunter 1812 Aston Avenue Carlsbad, CA 92008 | | - | | | | | 1,912.50 |

Sheet no.  31  of  43  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          31,283.52

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                                Case No.    11-02898
_____,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Plastic Displays Manufacturing <br> 3941 Park Drive <br> Suite 20-310 <br> El Dorado Hills, CA 95762 | - | | | | | | 2,569.03 |
| Account No. <br><br> PQL <br> 2285 Ward Avenue <br> Simi Valley, CA 93065 | - | | | | | | 80.06 |
| Account No. <br><br> Pre-Paid Legal Services, Inc. <br> Post Office Box 2629 <br> Ada, OK 74820 | - | | | | | | 573.75 |
| Account No. <br><br> Premier Cylinder Exchange <br> Post Office Box 6470 <br> Oceanside, CA 92052 | - | | | | | | 3,022.16 |
| Account No. <br><br> Price Waterhouse Coopers LLP <br> 5375 Mira Sorrento Place <br> San Diego, CA 92121 | - | | | | | | 19,690.00 |

Sheet no.  32  of  43  sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)          25,935.00

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                          Case No.    11-02898
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Primedia 13266 Collection Center Drive Chicago, IL 60693 | | - | | | | | 107.00 |
| Account No. | | | | | | | |
| Pro Kart Indoor Racing 12500 Chowen Avenue Burnsville, MN 55306 | | - | | | | | 57.10 |
| Account No. | | | | | | | |
| Provantage 7249 Whipple Avenue NW North Canton, OH 44720 | | - | | | | | 248.88 |
| Account No. | | | | | | | |
| PSNC Energy Post Office Box 100256 Columbia, SC 29202 | | - | | | | | 32.31 |
| Account No. | | | | | | | |
| Qingdao Msa Eyewear Pkg Co Ltd 2-308 Shenghe Bldg No 58 Shandongtou Road, Laoshan Qingdao  266101 | | - | | | | | 10,000.00 |

| Sheet no. __33__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 10,445.29 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   __SIMO HOLDINGS, INC., a California corporation__                    Case No.   __11-02898__
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| QMX Motorsports 535-8 Highway 49 Jackson, CA 95642 | - | | | | | | 212.12 |
| Account No. | | | | | | | |
| Quantum Optics Lockbox 749784 Post Office box 749784 Los Angeles, CA 90074 | - | | | | | | 32,058.68 |
| Account No. | | | | | | | |
| Raymond L. Hamel Trustee Of The Ray Hamel Trust 1028 Pacific Beach Drive San Diego, CA 92109 | - | | | | | | 40,000.00 |
| Account No. | | | | | | | |
| Real Dirty Racing 1741 Pacific Coast Highway Suite B Lomita, CA 90717 | - | | | | | | 837.00 |
| Account No. | | | | | | | |
| Reeder Lu LLP 2121 Avenue Of The Stars Suite 950 Los Angeles, CA 90067 | - | | | | | | 9,500.39 |

Sheet no. __34__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           82,608.19

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                              Case No.    11-02898
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Resource Marketing Post Office Box 231765 Encinitas, CA 92023 | - | | | | | | 432.00 |
| Account No. | | | | | | | |
| Road Champs, Inc. File 56444 Los Angeles, CA 90074 | - | | | | | | 7,024.00 |
| Account No. | | Note Payable | | | | | |
| Rogers Sports Management Group dba Factory Direct Internation 337 S Main St Findlay, OH 45840 | - | | | | | | 446,790.90 |
| Account No. | | | | | | | |
| Rooster Group Attn: Kirk Brown 17280 No. Green Mountain Road San Antonio, TX 78247 | - | | | | | | 21,298.24 |
| Account No. | | | | | | | |
| Round 5 Corporation 2820 14th Avenue Suite 101 Markham ON L3R OS9 | - | | | | | | 1,295.62 |

Sheet no. __35__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          476,840.76

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                    Case No.    11-02898
                                                                ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> RSM McGladery Inc. <br> 5155 Payshere Circle <br> Chicago, IL 60674 | - | | | | | | 18,050.00 |
| Account No. <br><br> Scope Imports <br> 6300 W Loop South <br> Suite 100 <br> Bellaire, TX 77401 | - | | | | | | 6,996.00 |
| Account No. <br><br> Serigraphic Screen Printing <br> 2505 Larson Street <br> La Crosse, WI 54602 | - | | | | | | 8,629.12 |
| Account No. <br><br> Shui <br> dba Faisst Industries <br> 37430 Applegate Road <br> Murrieta, CA 92563 | - | | | | | | 420.00 |
| Account No. <br><br> SIA.05 <br> Registration <br> Department 833 <br> Alexandria, VA 22334 | - | | | | | | 105.00 |

Sheet no. _36_ of _43_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    34,200.12

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                                    Case No.    11-02898
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Silver Triangle Industries 11211 Sorrento Valley Road Suite I San Diego, CA 92121 | | - | | | | | | 1,689,436.55 |
| Account No. | | | | | | | | |
| Skiva Graphics Screenprinting 2258 Rutherford Road Carlsbad, CA 92008 | | - | | | | | | 29,783.03 |
| Account No. | | | | | | | | |
| So. Cal Baby 2000 Corporate Drive #1324 Ladera Ranch, CA 92694 | | - | | | | | | 1,324.00 |
| Account No. | | | | | | | | |
| Sonette, Inc. dba Flexxfit LLC Post Office Box 30191 Charlotte, NC 28230 | | - | | | | | | 24.12 |
| Account No. | | | | | | | | |
| SPS Commerce 1450 Energy Park Drive Suite 127 Saint Paul, MN 55108 | | - | | | | | | 400.00 |

Sheet no. __37__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,720,967.70

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation    Case No.    11-02898
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>SRH Productions<br>2826 La Miranda Drive<br>Suite B<br>Vista, CA 92083 | X | - | | | | | | 327,186.23 |
| Account No.<br><br>Staples Business Advantage<br>Department LA<br>Post Office Box 83689<br>Chicago, IL 60696 | | - | | | | | | 16,107.09 |
| Account No.<br><br>Steel Mills<br>236 Inland Center Drive<br>San Bernardino, CA 92408 | | - | | | | | | 2,884.83 |
| Account No.<br><br>Stetina Brunda Garred& Brucker<br>75 Enterprise<br>Suite 250<br>Aliso Viejo, CA 92656 | | - | | | | | | 82,671.47 |
| Account No.<br><br>Stevie Wright | | - | | | | | | 1,310.00 |

Sheet no. _38_ of _43_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    430,159.62

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation                    Case No.    11-02898
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. Suburban Noize 105 West Alameda Avenue Suite 230 Burbank, CA 91502 | | - | | | | | | 38,464.67 |
| Account No. Sullen Clothing, Inc. 16291 Gothard Street Huntington Beach, CA 92647 | | - | | | | | | 481.50 |
| Account No. Sun Glass Guy | | - | | | | | | 285.00 |
| Account No. Suntrust Bank Commerical Credit Services Box 4418 MC 0039 Atlanta, GA 30302 | | - | | | | | | 20,722.83 |
| Account No. Super Trader, Inc. 1111 South Hill Street Third Floor Los Angeles, CA 90015 | | - | | | | | | 7,483.71 |

Sheet no. __39__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,437.71

B6F (Official Form 6F) (12/07) - Cont.

In re   SIMO HOLDINGS, INC., a California corporation                                     Case No.    11-02898
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Surburban Propane<br>1333 Berryhill Road<br>Charlotte, NC 28208 | | - | | | | | | 3,287.15 |
| Account No.<br><br>TD Footwear LLC<br>7280 West Palmetto Park Road<br>Suite 202n<br>Boca Raton, FL 33433 | | - | | | | | | 2,101.40 |
| Account No.<br><br>Ted and Susan Samuelson<br>4720 84th Avenue SE<br>Mercer Island, WA 98040 | | - | | | | | | 58.33 |
| Account No.<br><br>Time Warner Cable<br>Post Office Box 60506<br>City of Industry, CA 91716 | | - | | | | | | 906.50 |
| Account No.<br><br>Total Funds by Hasler<br>Post Office Box 894757<br>Los Angeles, CA 90189 | | - | | | | | | 7,554.79 |

Sheet no.  40  of  43  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   13,908.17

B6F (Official Form 6F) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation    Case No. __11-02898__
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Tri-R Coffee & Vending Post Office Box 230875 Encinitas, CA 92023 | - | | | | | | 4,864.55 |
| Account No. Truth Industries 169 Radio Road Corona, CA 92879 | - | | | | | | 36,457.84 |
| Account No. UR Eternity 58-08 37th Avenue Woodside, NY 11377 | - | | | | | | 937.50 |
| Account No. Utopia Brands, Inc. 2270 Camino Vida Roble Suite N Carlsbad, CA 92011 | - | | | | | | 469.00 |
| Account No. Valu Display Post Office Box 2288 Whittier, CA 90610 | - | | | | | | 220.23 |

Sheet no. _41_ of _43_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    42,949.12

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation    Case No.    11-02898
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Varsity Contractors, Inc. Post Office Box 1692 Pocatello, ID 83204 | - | | | | | | 4,480.00 |
| Account No. | | | | | | | |
| Verizon Wireless Post Office Box 660108 Dallas, TX 75266 | - | | | | | | 160.87 |
| Account No. | | | | | | | |
| Virtual Graffiti, Inc. 9979 Muirlands Boulevard Irvine, CA 92618 | - | | | | | | 1,547.43 |
| Account No. | | | | | | | |
| W.O.R. International 15612 East First Street Baldwin Park, CA 91706 | - | | | | | | 598.82 |
| Account No. | | | | | | | |
| Waxie Sanitary Supply Post Office Box 81006 San Diego, CA 92138 | - | | | | | | 1,051.65 |

Sheet no.   42   of   43   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,838.77

B6F (Official Form 6F) (12/07) - Cont.

In re    SIMO HOLDINGS, INC., a California corporation          Case No.    11-02898
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Woodward 1 Automotive 24713 Crestview Court Farmington, MI 48335 | - | | | | | | 1,988.55 |
| Account No. | | | | | | | |
| Worldwide Dynasty dba Hip Hop Wholesale 20630 Superior Street Chatsworth, CA 91311 | - | | | | | | 3,584.94 |
| Account No. | | | | | | | |
| Xtreme Couture 1720 Apollo Court Seal Beach, CA 90740 | - | | | | | | 1,773.54 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. 43 of 43 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 7,347.03 |
| | Total (Report on Summary of Schedules) | 13,262,588.36 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    SIMO HOLDINGS, INC., a California corporation                                      Case No.    11-02898
_____
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Blaine Motorheadz LLC<br>225a Northtown Dr<br>Minneapolis, MN 55434 | License and Purchase Agreement, dated August 19, 2009, as amended |
| Blue Belly Studios<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Graphic Design Services Agreement, dated April 28, 2010, as amended |
| Brands Holdings Limited<br>Regent House 1-3 Queensway<br>Redhill, Surrey RH1 IQT<br>United Kingdom | Shareholders Agreement, dated October 2, 2005 |
| Cobra-Blackmore<br>1811 Aston Ave<br>Carlsbad, CA 92008 | Standatd Industrial/Commercial Single-Tenant Lease - Net, dated February 21, 2007 |
| Enterprise Fleet Services<br>6330 Marindustry Dr<br>San Diego, CA 92121-2533 | Lease for 2005 International Box Van |
| Exit West Enterprises, Inc<br>1760 Kaiser Ave<br>Irvine, CA 92614 | License and Purchase Agreement, dated December 9, 2009 |
| Gatorz, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Amended and Restated Share Exchange Agreement, dated December 3, 2009 |
| Ilicit Wear, Inc.<br>330 Sand Island Access Rd<br>Ste 107<br>Honolulu, HI 96819 | License and Purchase Agreement, Dated May 27, 2009, as amended |
| J.T.M.X., LLC<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement, dated July 11, 2007 |
| J2, LLC<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement, dated July 11, 2007 |
| Jeffrey Surwall<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement, dated July 11, 2007 |

1
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    SIMO HOLDINGS, INC., a California corporation                    ,    Case No.    11-02898

                                          Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Mazzei Inc.<br>1001 Higuera Street C<br>San Luis Obispo, CA 93401 | License and Purchase Agreement, dated August 19, 2009, as amended. |
| No Fear Int'l Ltd<br>c/o Int'l Brands Mgmt Ltd<br>Redhill, Surrey RH11 QT<br>United Kingtom | Trade Mark and Intellectual Property Licence Agreement, dated October 2, 2005 |
| No Fear MX, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Asset and Stock Purchase Agreement, dated July 11, 2007 |
| No Fear Retail Stores, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | Management Agreement, dated September 1, 2006 |
| PepsiCo, Inc.<br>700 Anderson Hill Rd<br>Purchase, NY 10577-1444 | Amended and Restated License Agreement, dated January 1, 2006 |
| Ralph's Sportswear LLC<br>1225 Rachel Circle<br>Escondido, CA 92026 | Trademark License Agreement, dated February 10, 2011 |
| RPAC Racing, LLC<br>7065 Zephyr Place NW<br>Concord, NC 28027 | Lease Agreement for 7065 Zephyr Place, Concord, NC, dated December 1, 2009 |
| Silver Triangle Industries<br>11211 Sorrento Valley Road<br>Suite I<br>San Diego, CA 92121 | Trademark License Agreement, dated February 10, 2011 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   SIMO HOLDINGS, INC., a California corporation                       Case No.   11-02898
_____                              _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Boris Said, III<br>1437 Paint Mountain Rd<br>Escondido, CA 92029<br>  25% ownership interest in property | SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Brian Simo<br>1218 Aston Ave<br>Carlsbad, CA 92008<br>  Personal Guarantor | Michael L. Galardi<br>517 Ocean Bluff<br>Encinitas, CA 92024 |
| Brian Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008 | SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Brian Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008 | James T. Waring & Kathy Waring<br>Trustees of the Waring Family<br>7965 La Jolla Scenic Drive No.<br>La Jolla, CA 92037 |
| Dale Earnhardt, Jr<br>1812 Aston St<br>Carlsbad, CA 92008<br>  25% ownership interest in property | SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Mark Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008<br>  Personal Guarantor | SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279-0079 |
| Mark Simo<br>1812 Aston Ave<br>Carlsbad, CA<br>  Personal Guarantor | SRH Productions<br>2826 La Miranda Drive<br>Suite B<br>Vista, CA 92083 |
| Mark Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008<br>  Personal Guarantor | Michael L. Galardi<br>517 Ocean Bluff<br>Encinitas, CA 92024 |
| Mark Simo<br>1812 Aston Ave<br>Carlsbad, CA 92008 | James T. Waring & Kathy Waring<br>Trustees of the Waring Family<br>7965 La Jolla Scenic Drive No.<br>La Jolla, CA 92037 |

  0
_____  continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of California

In re    SIMO HOLDINGS, INC., a California corporation          Case No.    11-02898

Debtor(s)         Chapter    11

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $1,807,381.00 | 2011 YTD: |
| $12,814,569.00 | 2010: |
| $15,020,265.00 | 2009: |

---

**2. Income other than from employment or operation of business**

None ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT            SOURCE

2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments to either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attachment to SOFA 3b | | $0.00 | $0.00 |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment 3c | | $0.00 | $0.00 |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| FMF Racing v. Simo Holdings, Inc. Case No. 37-2010-00055973-CU-BC-NC | Breach of Contract | Superior Court of the State of California, County of San Diego 325 South Melrose Vista, CA  92081 North County | Writ of Attachment After Hearing issued September 17, 2010 |
| Jido & Juniar, Inc. v. Simo Holdings, Inc. Case No. 37-2010-00062478-CU-BC-NC | Breach of Contracts, Enforcement of Promissory Note and Enforcement of Stock Pledge Agreement | Superior Court of the State of California, County of Los Angeles North County Division, Vista Regional Center 325 South Melrose Drive vista, CA  92081 | Filed December 2, 2010 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Best Case Bankruptcy

| | | SIMO HOLDINGS, INC., ATTACHMENT TO SOFA 3b | | |
|---|---|---|---|---|
| Check # | Check Date | Vendor Name | Payee Name | Check Amount |
| 3723 | 12/7/2010 | VESTAL WATCH INC | VESTAL WATCH INC | 3,000.00 |
| 3724 | 12/13/2010 | BORIS SAID | BORIS SAID | 1,894.46 |
| 3725 | 12/13/2010 | CHRISTOPHER WILLES | CHRISTOPHER WILLES | 619.99 |
| 3726 | 12/13/2010 | DANIEL & GEORGIA LA PORTE | DANIEL & GEORGIA LA PORTE | 1,528.76 |
| 3727 | 12/13/2010 | ELECTRIC | ELECTRIC | 8,333.33 |
| 3728 | 12/13/2010 | Jamie Middleton | Jamie Middleton | 1,698.63 |
| 3729 | 12/13/2010 | JAMES T WARING & KATHY WARING | JAMES T WARING & KATHY WARING | 176.88 |
| 3730 | 12/13/2010 | KAREN SILEO | KAREN SILEO | 1,146.06 |
| 3731 | 12/13/2010 | MICHAEL GALARDI | MICHAEL GALARDI | 9,863.02 |
| 3732 | 12/13/2010 | ONE INDUSTRIES | ONE INDUSTRIES | 1,351.78 |
| 3734 | 12/15/2010 | VESTAL WATCH INC | VESTAL WATCH INC | 1,200.00 |
| 3739 | 12/15/2010 | CANDYGIRL CREATIONZ | CANDYGIRL CREATIONZ | 1,712.00 |
| 3740 | 12/15/2010 | KALAN LP | KALAN LP | 1,519.84 |
| 3741 | 12/15/2010 | SHAWSHANK LEDZ INC | SHAWSHANK LEDZ INC | 1,729.60 |
| 3742 | 12/27/2010 | BORIS SAID | BORIS SAID | 1,833.34 |
| 3743 | 12/27/2010 | BORIS SAID | BORIS SAID | 1,894.46 |
| 3744 | 12/27/2010 | BORIS SAID | BORIS SAID | 1,833.34 |
| 3745 | 12/27/2010 | CHRISTOPHER WILLES | CHRISTOPHER WILLES | 600.00 |
| 3746 | 12/27/2010 | CHRISTOPHER WILLES | CHRISTOPHER WILLES | 620.00 |
| 3747 | 12/27/2010 | CHRISTOPHER WILLES | CHRISTOPHER WILLES | 599.99 |
| 3748 | 12/27/2010 | DANIEL & GEORGIA LA PORTE | DANIEL & GEORGIA LA PORTE | 1,479.46 |
| 3749 | 12/27/2010 | DANIEL & GEORGIA LA PORTE | DANIEL & GEORGIA LA PORTE | 1,528.76 |
| 3750 | 12/27/2010 | DANIEL & GEORGIA LA PORTE | DANIEL & GEORGIA LA PORTE | 1,479.45 |
| 3751 | 12/27/2010 | Jamie Middleton | Jamie Middleton | 1,643.83 |
| 3752 | 12/27/2010 | Jamie Middleton | Jamie Middleton | 1,698.63 |
| 3753 | 12/27/2010 | Jamie Middleton | Jamie Middleton | 1,643.84 |
| 3754 | 12/27/2010 | JAMES T WARING & KATHY WARING | JAMES T WARING & KATHY WARING | 171.17 |
| 3755 | 12/27/2010 | JAMES T WARING & KATHY WARING | JAMES T WARING & KATHY WARING | 176.88 |
| 3756 | 12/27/2010 | JAMES T WARING & KATHY WARING | JAMES T WARING & KATHY WARING | 171.17 |
| 3757 | 12/27/2010 | KAREN SILEO | KAREN SILEO | 1,109.09 |
| 3758 | 12/27/2010 | KAREN SILEO | KAREN SILEO | 1,146.06 |
| 3759 | 12/27/2010 | METAL MULISHA CLOTHING | METAL MULISHA CLOTHING | 918.41 |
| 3760 | 12/27/2010 | ONE INDUSTRIES | ONE INDUSTRIES | 1,315.07 |
| 3761 | 12/27/2010 | ONE INDUSTRIES | ONE INDUSTRIES | 1,358.90 |
| 3762 | 12/27/2010 | ONE INDUSTRIES | ONE INDUSTRIES | 1,315.07 |
| 3763 | 12/27/2010 | SRH PRODUCTIONS | SRH PRODUCTIONS | 509.59 |
| 3764 | 12/27/2010 | SRH PRODUCTIONS | SRH PRODUCTIONS | 409.32 |
| 3765 | 12/27/2010 | SRH PRODUCTIONS | SRH PRODUCTIONS | 276.51 |
| 3766 | 12/27/2010 | SRH PRODUCTIONS | SRH PRODUCTIONS | 1,659.06 |
| 3767 | 12/27/2010 | SRH PRODUCTIONS | SRH PRODUCTIONS | 540.26 |
| 3768 | 1/4/2011 | UPS SUPPLY CHAIN SOLUTIONS INC | UPS SUPPLY CHAIN SOLUTIONS INC | 351.47 |
| 3769 | 1/12/2011 | VIRTUAL GRAFFITI INC | VIRTUAL GRAFFITI INC | 1,000.00 |
| 3777 | 1/18/2011 | MICHAEL GALARDI | MICHAEL GALARDI | 10,191.78 |
| ACH011711 | 1/17/2011 | DIRECT TV | DIRECT TV | 164.63 |
| 3784 | 2/15/2011 | LANDSBERG | LANDSBERG | 3092.13 |

**Simo Holdings**
**Attachment to SOFA 3c**

| Check Date | Check # | Payee Name | Check Amount | |
|---|---|---|---|---|
| 3/3/2010 | 241981 | BRIAN SIMO | 16,758.64 | Expenses |
| 3/26/2010 | 1049 | BRIAN SIMO | 13,733.12 | Expenses |
| 4/26/2010 | 2249 | BRIAN SIMO | 4,620.00 | Expenses |
| 5/5/2010 | 2307 | BRIAN SIMO | 10,000.00 | Expenses |
| 5/14/2010 | 2394 | BRIAN SIMO | 7,000.00 | Expenses |
| 5/14/2010 | 2399 | BRIAN SIMO | 7,009.82 | Expenses |
| 6/4/2010 | 2579 | BRIAN SIMO | 7,475.38 | Expenses |
| 6/18/2010 | 2670 | BRIAN SIMO | 44,121.80 | Expenses |
| 7/8/2010 | 2838 | BRIAN SIMO | 5,166.58 | Expenses |
| 8/6/2010 | 3089 | BRIAN SIMO | 10,428.97 | Expenses |
| 8/19/2010 | 3365 | BRIAN SIMO | 31,438.55 | Expenses |
| 9/13/2010 | 3496 | BRIAN SIMO | 5,000.00 | Expenses |
| 9/20/2010 | 3526 | BRIAN SIMO | 10,000.00 | Expenses |
| 10/21/2010 | 3643 | BRIAN SIMO | 5,000.00 | Expenses |
| 10/21/2010 | 3644 | BRIAN SIMO | 5,000.00 | Expenses |
| 10/21/2010 | 3645 | BRIAN SIMO | 5,000.00 | Expenses |
| 10/21/2010 | 3646 | BRIAN SIMO | 2,476.99 | Expenses |
| 2/26/2010 | 1371 | BRIAN SIMO | 18,250.00 | Payroll |
| 3/12/2010 | 1373 | BRIAN SIMO | 18,301.52 | Payroll |
| 3/26/2010 | 1375 | BRIAN SIMO | 19,164.40 | Payroll |
| 4/9/2010 | 1377 | BRIAN SIMO | 19,110.00 | Payroll |
| 4/23/2010 | 1379 | BRIAN SIMO | 19,110.00 | Payroll |
| 5/7/2010 | 1381 | BRIAN SIMO | 19,110.00 | Payroll |
| 5/21/2010 | 1383 | BRIAN SIMO | 19,710.00 | Payroll |
| 6/4/2010 | 1385 | BRIAN SIMO | 19,710.00 | Payroll |
| 6/18/2010 | 1387 | BRIAN SIMO | 18,710.00 | Payroll |
| 7/2/2010 | 1389 | BRIAN SIMO | 18,710.00 | Payroll |
| 7/16/2010 | 1391 | BRIAN SIMO | 18,710.00 | Payroll |
| 7/30/2010 | 1393 | BRIAN SIMO | 18,710.00 | Payroll |
| 8/13/2010 | 1395 | BRIAN SIMO | 18,710.00 | Payroll |
| 8/27/2010 | 1400 | BRIAN SIMO | 18,724.50 | Payroll |
| 9/10/2010 | 1490 | BRIAN SIMO | 19,710.00 | Payroll |
| 9/24/2010 | 1402 | BRIAN SIMO | 17,739.00 | Payroll |
| 10/8/2010 | 1404 | BRIAN SIMO | 17,739.00 | Payroll |
| 10/22/2010 | 1406 | BRIAN SIMO | 17,739.00 | Payroll |
| 11/5/2010 | 1408 | BRIAN SIMO | 17,739.00 | Payroll |
| 6/8/2010 | 2590 | KENNETH AURIGEMMA | 191.98 | Expenses |
| 6/18/2010 | 2709 | KENNETH AURIGEMMA | 980.96 | Expenses |
| 2/26/2010 | 80001 | KENNETH AURIGEMMA | 3,312.49 | Payroll |
| 3/12/2010 | 100001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 3/26/2010 | 120001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |

| Date | Check | Name | Amount | Type |
|---|---|---|---|---|
| 4/9/2010 | 140001 | KENNETH AURIGEMMA | 3,312.46 | Payroll |
| 4/23/2010 | 160001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 5/7/2010 | 180001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 5/21/2010 | 200001 | KENNETH AURIGEMMA | 3,312.47 | Payroll |
| 6/4/2010 | 220001 | KENNETH AURIGEMMA | 3,312.49 | Payroll |
| 6/18/2010 | 240001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 7/2/2010 | 1488 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 7/16/2010 | 300001 | KENNETH AURIGEMMA | 3,312.47 | Payroll |
| 7/30/2010 | 1489 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 8/13/2010 | 320001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 8/27/2010 | 340001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 9/10/2010 | 360001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 9/24/2010 | 380001 | KENNETH AURIGEMMA | 3,312.47 | Payroll |
| 10/8/2010 | 400001 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 10/22/2010 | 1500 | KENNETH AURIGEMMA | 3,312.48 | Payroll |
| 11/5/2010 | 440001 | KENNETH AURIGEMMA | 3,361.04 | Payroll |
| 3/15/2010 | 242083 | MARK SIMO | 893.91 | Interest |
| 4/15/2010 | 2173 | MARK SIMO | 989.68 | Interest |
| 5/17/2010 | 2423 | MARK SIMO | 957.76 | Interest |
| 6/15/2010 | 2651 | MARK SIMO | 2,095.17 | Interest |
| 7/14/2010 | 2888 | MARK SIMO | 1,344.06 | Interest |
| 8/10/2010 | 3326 | MARK SIMO | 1,388.86 | Interest |
| 5/14/2010 | 2379 | MARK SIMO | 10,000.00 | Note Payment |
| 7/9/2010 | 2863 | MARK SIMO | 5,000.00 | Note Payment |
| 8/2/2010 | 3030 | MARK SIMO | 116,527.40 | Note Payment |
| 8/2/2010 | 3031 | MARK SIMO | 47,000.00 | Note Payment |
| 2/26/2010 | 1372 | MARK SIMO | 10,776.59 | Payroll |
| 3/12/2010 | 1374 | MARK SIMO | 10,776.59 | Payroll |
| 3/26/2010 | 1376 | MARK SIMO | 10,776.59 | Payroll |
| 4/9/2010 | 1378 | MARK SIMO | 10,776.59 | Payroll |
| 4/23/2010 | 1380 | MARK SIMO | 10,850.11 | Payroll |
| 5/7/2010 | 1382 | MARK SIMO | 11,814.99 | Payroll |
| 5/21/2010 | 1384 | MARK SIMO | 12,236.59 | Payroll |
| 6/4/2010 | 1386 | MARK SIMO | 12,236.59 | Payroll |
| 6/18/2010 | 1388 | MARK SIMO | 12,236.59 | Payroll |
| 7/2/2010 | 1390 | MARK SIMO | 12,236.59 | Payroll |
| 7/16/2010 | 1392 | MARK SIMO | 12,236.59 | Payroll |
| 7/30/2010 | 1394 | MARK SIMO | 12,236.59 | Payroll |
| 8/13/2010 | 1396 | MARK SIMO | 12,236.59 | Payroll |
| 8/27/2010 | 1399 | MARK SIMO | 12,236.59 | Payroll |
| 9/10/2010 | 1401 | MARK SIMO | 11,706.14 | Payroll |
| 9/24/2010 | 1403 | MARK SIMO | 11,175.69 | Payroll |
| 10/8/2010 | 1405 | MARK SIMO | 11,175.69 | Payroll |
| 10/22/2010 | 1407 | MARK SIMO | 11,175.69 | Payroll |
| 11/5/2010 | 1409 | MARK SIMO | 11,175.69 | Payroll |
| 4/15/2010 | 2182 | MARK SIMO | 17,685.55 | Product |
| 2/26/2010 | 241939 | MARK SIMO | 10,000.00 | Reimbursment |

| Date | Check | Name | Amount | Description |
|---|---|---|---|---|
| 6/1/2010 | 2524 | MARK SIMO | 17,929.05 | Sale of Orange 21 Stock |
| 6/18/2010 | 2669 | MARK SIMO | 23,693.75 | Sale of Orange 21 Stock |
| 4/16/2010 | 2210 | PAUL HUNTER | 944.49 | Product |
| 6/18/2010 | 2727 | PAUL HUNTER | 288.60 | Product |
| 3/3/2010 | 241980 | SCOTT D. BENJAMIN | 994.43 | Expenses |
| 4/30/2010 | 2284 | SCOTT D. BENJAMIN | 1,145.00 | Expenses |
| 5/17/2010 | 2430 | SCOTT D. BENJAMIN | 30.00 | Expenses |
| 7/23/2010 | 2945 | SCOTT D. BENJAMIN | 379.74 | Expenses |
| 2/26/2010 | 80002 | SCOTT D. BENJAMIN | 6,784.37 | Payroll |
| 3/12/2010 | 100002 | SCOTT D. BENJAMIN | 6,784.37 | Payroll |
| 3/26/2010 | 120002 | SCOTT D. BENJAMIN | 6,784.38 | Payroll |
| 4/9/2010 | 140002 | SCOTT D. BENJAMIN | 6,784.37 | Payroll |
| 4/23/2010 | 160002 | SCOTT D. BENJAMIN | 6,874.81 | Payroll |
| 5/7/2010 | 180002 | SCOTT D. BENJAMIN | 7,300.47 | Payroll |
| 5/21/2010 | 200002 | SCOTT D. BENJAMIN | 7,626.69 | Payroll |
| 6/4/2010 | 220002 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 6/18/2010 | 240002 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 7/2/2010 | 260002 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 7/16/2010 | 280001 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 7/30/2010 | 300002 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 8/13/2010 | 320002 | SCOTT D. BENJAMIN | 7,626.69 | Payroll |
| 8/27/2010 | 340002 | SCOTT D. BENJAMIN | 7,626.68 | Payroll |
| 9/10/2010 | 360002 | SCOTT D. BENJAMIN | 6,991.51 | Payroll |
| 9/24/2010 | 380002 | SCOTT D. BENJAMIN | 6,356.39 | Payroll |
| 10/8/2010 | 400002 | SCOTT D. BENJAMIN | 6,356.38 | Payroll |
| 10/22/2010 | 420002 | SCOTT D. BENJAMIN | 6,356.39 | Payroll |
| 11/5/2010 | 440002 | SCOTT D. BENJAMIN | 6,356.38 | Payroll |
| 3/3/2010 | 241984 | TONI BAGHERI | 276.70 | Expenses |
| 3/22/2010 | 1004 | TONI BAGHERI | 1,132.04 | Expenses |
| 7/23/2010 | 2948 | TONI BAGHERI | 3,049.86 | Expenses |
| 8/6/2010 | 3088 | TONI BAGHERI | 2,789.90 | Expenses |
| 3/15/2010 | 242081 | TONI BAGHERI | 191.78 | Interest |
| 4/15/2010 | 2172 | TONI BAGHERI | 212.32 | Interest |
| 5/17/2010 | 2422 | TONI BAGHERI | 205.48 | Interest |
| 6/15/2010 | 2645 | TONI BAGHERI | 212.33 | Interest |
| 7/14/2010 | 2887 | TONI BAGHERI | 205.48 | Interest |
| 8/6/2010 | 3066 | TONI BAGHERI | 253.43 | Interest |
| 8/6/2010 | 3065 | TONI BAGHERI | 25,000.00 | Note Payment |
| 2/26/2010 | 80038 | TONI BAGHERI | 1,385.41 | Payroll |
| 3/12/2010 | 77166 | TONI BAGHERI | 2,314.30 | Payroll |
| 3/12/2010 | 100038 | TONI BAGHERI | 1,385.40 | Payroll |
| 3/26/2010 | 120039 | TONI BAGHERI | 1,385.40 | Payroll |
| 4/9/2010 | 1005 | TONI BAGHERI | 4,023.23 | Payroll |
| 4/9/2010 | 140040 | TONI BAGHERI | 1,385.39 | Payroll |
| 4/23/2010 | 160040 | TONI BAGHERI | 1,385.39 | Payroll |
| 5/7/2010 | 1025 | TONI BAGHERI | 4,541.02 | Payroll |
| 5/7/2010 | 180038 | TONI BAGHERI | 1,385.39 | Payroll |

| 5/21/2010 | 200039 | TONI BAGHERI | 1,385.39 | Payroll |
| 6/4/2010 | 1037 | TONI BAGHERI | 2,554.63 | Payroll |
| 6/4/2010 | 220040 | TONI BAGHERI | 1,385.39 | Payroll |
| 6/18/2010 | 240038 | TONI BAGHERI | 1,385.40 | Payroll |
| 7/2/2010 | 260039 | TONI BAGHERI | 1,385.39 | Payroll |
| 7/16/2010 | 1097 | TONI BAGHERI | 2,322.35 | Payroll |
| 7/16/2010 | 1098 | TONI BAGHERI | 30.89 | Payroll |
| 7/16/2010 | 280040 | TONI BAGHERI | 1,385.39 | Payroll |
| 7/30/2010 | 300039 | TONI BAGHERI | 1,385.40 | Payroll |
| 8/13/2010 | 1059 | TONI BAGHERI | 1,872.60 | Payroll |
| 8/13/2010 | 320040 | TONI BAGHERI | 1,385.40 | Payroll |
| 8/27/2010 | 340040 | TONI BAGHERI | 1,385.40 | Payroll |
| 9/10/2010 | 1074 | TONI BAGHERI | 5.07 | Payroll |
| 9/10/2010 | 1075 | TONI BAGHERI | 1,936.09 | Payroll |
| 9/10/2010 | 360039 | TONI BAGHERI | 1,220.42 | Payroll |
| 10/8/2010 | 1101 | TONI BAGHERI | 2,055.87 | Payroll |
| 10/8/2010 | 380038 | TONI BAGHERI | 1,051.94 | Payroll |
| 10/8/2010 | 400038 | TONI BAGHERI | 1,051.94 | Payroll |
| 10/22/2010 | 420038 | TONI BAGHERI | 1,051.93 | Payroll |
| 11/5/2010 | 1128 | TONI BAGHERI | 196.78 | Payroll |
| 11/5/2010 | 440037 | TONI BAGHERI | 967.97 | Payroll |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Dragon Alliance, LLC and Dragon Optical, Inc. v. No Fear, Inc.; Simo Holdings, Inc.; No Fear Retail Stores, Inc.; No Fear MX, Inc. Case No. 37-2011-00050083-CU-BC-NC | Breach of Contract | Superior Court of the State of California, County of San Diego North County Division 325 South Melrose Drive, Suite 1000 Vista, CA  92081 | Filed January 5, 2011 |
| Mark Nix and Dustin Ray, on behalf of themselves and all others similarly situated v. No Fear Retail Stores, Inc.; Simo Holdings, Inc.; et al. | Class Action | Superior Court of the State of California, County of Los Angeles 111 North Hill Street Los Angeles, CA  90012 | Filed July 28, 2010 |
| Ultimate Brand Management, LLC v. No Fear, Inc.; Simo Holdings, Inc.; No Fear Retail Stores, Inc.; et al. Case No. CV10-08453 SJO (PLAx) | Civil Action | United States District Court, Central District of California 312 North Spring Street Los Angeles, CA  90012 | Filed |
| One Industries Corp. v. Simo Holdings, Inc., et al.; case no. 37-2011-00051562-CU-BC-NC | Civil Lawsuit | San Diego Superior Court | Pending |
| International Manufacturing Solutions Inc. v. No Fear, Inc.; case no. 37-2010-00080899-CU-BC-SC | Civil Lawsuit | San Diego Superior Court | pending |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FMF Racing & Don Emler 18033 South Santa Fe Avenue Compton, CA 90221 | 11/4/2010 | $19,576.24 seized from California Bank & Trust checking account |
| FMF Racing/Don Emler 18033 South Santa Fe Avenue Compton, CA 90221 | 11/4/11 | $39.37 seized from Marketing account at California Bank & Trust |

---

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SulmeyerKupetz 333 South Hope Street, 35th Floor Los Angeles, CA 90071 | 2/2/2011 2/4/2011 2/8/2011 SulmeyerKupetz was engaged by the three related Debtors as bankruptcy counsel prior to the Petition Date, and received $150,000 in funds from the Debtors for all three cases. 2/11/2011 | $25,000 $25,000 $50,000 $50,000 |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase Bank | Operating Checking Account No. 1752 | $14,025.28 4/16/2010 |
| Chase Bank | Operating Checking (Marketing) Account No. 9213 | $946.51 4/16/2010 |
| Chase Bank | Zero Balance Accounts Nos. 1736 and 4601 | $0.00 4/16/2010 |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

6

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Simo Holdings, Inc., | 90-1037856 | 1812 Aston Ave. Carlsbad, CA 92008 | The three related Debtors function together as a business enterprise that primarily involves the retail sale of causal apparel and accessories as well as protective motocross equipment and the licensing of intellectual property rights. | 1990 to present |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Kenneth Aurigemma 1812 Aston Ave Carlsbad, CA 92008 | 2004 to present |
| Andrea Cooksley 1812 Aston Ave Carlsbad, CA 92008 | 2003 to present |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| McGladrey and Pullen, LLP | Certified Public Accountants 1455 Frazee Rd, Ste 600 San Diego, CA 92108 | From 2007 to present |
| RSM McGladry, Inc | San Diego, CA 92108 | From 2007 to present |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS
Same as 19a

8

None □    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS
See following:

DATE ISSUED
In connection with a failed reverse merger with Gatorz, Inc., No Frear Retail Stores, Inc., issued consolidated financial statements which were published on the SEDAR website of the Canadian Securities Administrators in 2010.

---

**20. Inventories**

None □    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 3/1/2011 | Gary Kopren | $4,241,754.53 (includes consigned inventory of $3,279,259.34) |
| 8/20/2010 | Gary Kopren | $3,278,738.07 (includes consigned inventory of $1,892,545.62) |

None □    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 3/1/2011 | Kenneth Aurigemma 1812 Ashton Ave Carlsbad, CA 92008 |
| 8/20/2010 | Kenneth Aurigemma 1812 Aston Ave Carlsbad, CA 92008 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mark Simo 1812 Aston Ave Carlsbad, CA 92008 | Chief Executive Officer and Director | Common stock - 38.20% |
| Brian Simo 1812 Aston Ave Carlsbad, CA 92008 | President, Assistant Secretary and Director | Common stock - 37.15% |
| Scott Benjamin 1812 Aston Ave Carlsbad, CA 92008 | Executive Vice President, Secretary, General Counsel and Director | |
| Ken Aurigemma 1812 Aston Ave Carlsbad, CA 92008 | Chief Financial Officer | |

9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Don R. Emler<br>18033 South Santa Fe<br>Compton, CA 90221 | Shareholder | Common Stock - 6.64% |

---

**22 . Former partners, officers, directors and shareholders**

None
■
  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■
  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■
  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   March 28, 2011                      Signature   /s/ Mark Simo

                                                       Mark Simo

                                                       Chief Executive Officer

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Southern District of California

In re    SIMO HOLDINGS, INC., a California corporation

Debtor

Case No.   11-02898

Chapter        11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brian Simo | Common Stock | 2,755,500 | 37.15% |
| Don R. Emler 18033 South Santa Fe Compton, CA 90221 | Common Stock | | 6.64% |
| Mark Simo | Common Stock | 2,833,235 | 38.20% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   March 28, 2011              Signature  /s/ Mark Simo

                                             Mark Simo
                                             Chief Executive Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of California

In re   SIMO HOLDINGS, INC., a California corporation

Debtor(s)

Case No.   11-02898
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   SIMO HOLDINGS, INC., a California corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Brian Simo

Mark Simo

☐ None [*Check if applicable*]

March 28, 2011

Date

/s/ David S. Kupetz, Esq. (State Bar No.

David S. Kupetz, Esq. (State Bar No. 125062)
Signature of Attorney or Litigant
Counsel for   SIMO HOLDINGS, INC., a California corporation
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
213.626.2311 Fax:213.629.4520

CSD 1099 (Page 2) [09/26/06]

## INSTRUCTIONS

1.    Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.    If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on <u>March 30, 2011</u>, I served a true copy of the within <u>BALANCE OF SCHEDULES</u> AND/OR CHAPTER 13 PLAN by [describe here mode of service] U.S. Mail

on the following persons [set forth name and address of each person served]:

| | |
|---|---|
| ☒    For Chpt. 7, 11, & 12 cases: | ☐    For ODD numbered Chapter 13 cases:      ☐    For EVEN numbered Chapter 13 cases: |

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

☐    Chpt. 7 Trustee, if any:

☒    If Chpt. 11, each member of any committee appointed:  SEE ATTACHED SERVICE LIST

I certify under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 30, 2011</u>
           (Date)

/s/ Steven F. Werth, Esq.
Steven F. Werth, Esq.
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Address

CSD 1099

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com

**In re**
**NO FEAR RETAIL STORES, INC.**
**Case No. 11-02896-11**

**Jointly Administered with Case Nos.**
**NO FEAR MX, INC. 11-02897-MM11**
**SIMO HOLDINGS, INC. 11-02898-MM11**

**SERVICE LIST**

---

## Via U.S. Mail and Email:

**OFFICE OF THE UNITED STATES TRUSTEE**
Attn:  Haeji Hong
402 W. Broadway, Suite 600
San Diego, CA  92101-8511
Haeji.Hong@usdoj.gov

## Via Email:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS —**
**NO FEAR RETAIL STORES, INC.**
La Jolla Group
Attn:  Bill Bussiere,
14350 Myford Road
Irvine, CA  92606
bill.bussiere@lajollagroup.com

Reno Retail Company, LLC
Attn:  Jeffrey M. Pomeroy
2222 Arlington Avenue
Birmingham, AL  35205
jpomeroy@bayerproperties.com

SRH Productions Inc.
Attn:  Ryan White
2826 La Mirada Dr., Suite B
Vista, CA  92081
Ryan@srh.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —**
**NO FEAR RETAIL STORES, INC.**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jdulberg@pszjlaw.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —**
**NO FEAR RETAIL STORES, INC.**
Jeffrey N. Pomerantz
Pachulsky, Stang, Ziehl and Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com