**CSD 1099** [09/26/06]
Name, Address, Telephone No. & I.D. No.
David S. Kupetz, Esq. (State Bar No. 125062)
Steven F. Werth, Esq. (State Bar No. 205434)
**Sulmeyer**Kupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Telephone: 213.626.2311

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SIMO HOLDINGS, INC., a California corporation

Debtor.

BANKRUPTCY NO. 11-02898-MM11

## AMENDED BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

- [x] Summary of Schedules
- [x] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A - Schedule of Real Property
- [x] Amended Schedule B - Schedule of Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [x] Amended Schedule D - Creditors Holding Secured Claims
- [ ] Schedule E - Creditors Holding Unsecured Priority Claims
- [x] Amended Schedule F - Creditors Holding Unsecured Nonpriority Claims
- [x] Amended Schedule G - Schedule of Executory Contracts & Unexpired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Currently Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
- [ ] Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1. Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4. See instructions on reverse side.

Dated: March 31, 2011            Signed: /s/ Steven F. Werth
                                         Attorney for Debtor

I [We] __Mark Simo__ and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: March 31, 2011        /s/ Mark Simo
                             Debtor                                          Joint Debtor

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  SIMO HOLDINGS, INC., a California corporation
                                    Debtor(s)

Case No.  11-02898
Chapter   11

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $4,829,760.52 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $5,342,970.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $222,426.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | $15,092,894.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| TOTAL | | 60 | $4,829,760.52 | $20,658,291.30 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  SIMO HOLDINGS, INC., a California corporation　　　　　　　Case No.  11-02898
　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $222,426.10 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $4,482,425.78 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $166,277.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $35,357.62 |
| 4. Total from Schedule F | | $15,092,894.62 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $19,610,678.02 |

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation,  Case No. 11-02898
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Inter company balance owed by No Fear MX, Inc. | - | 3,657,230.52 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

Sub-Total >    3,657,230.52
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation,                    Case No.  11-02898
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Ford F150 - Raptor<br>14,000 mi | - | 25,595.00 |
| | | 2010 Chevrolet Camaro<br>31,000 miles | - | 34,635.00 |
| | | 2010 Interstate 6/10 Loadrunner Trailer | - | 1,685.00 |
| | | 2008 Dodge Sprinter<br>50,000 miles | - | 28,107.00 |
| | | 2008 Dodge Sprinter<br>60,000 miles | - | 28,107.00 |
| | | 2008 Chevrolet Van Express Cargo<br>122,000 miles | - | 12,565.00 |
| | | 2007 Dodge Sprinter<br>58,000 miles | - | 23,726.00 |
| | | 2006 Chevrolet G2500 Cargo Van<br>155,740 miles | - | 8,988.00 |
| | | 2005 International 4300 Box Van<br>Leased<br>220,000 miles | - | 8,027.00 |
| | | 1998 Featherlite Trailer | - | 1,095.00 |
| | | 2002 Isuzu Sign Truck<br>32,000 miles | - | Unknown |

Sub-Total >        172,530.00
(Total of this page)

Sheet  2  of  3   continuation sheets attached
to the Schedule of Personal Property

In re   SIMO HOLDINGS, INC., a California corporation                               Case No.   11-02898
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5003<br><br>ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | | - | Purchase of Vehicle<br><br>2008 Dodge Sprinter<br>50,000 miles<br><br>Value $            28,107.00 | | | | 33,123.17 | 5,016.17 |
| Account No. xxxxxxxx4789<br><br>ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | | - | Purchase of Vehicle<br><br>2008 Chevrolet Van Express Cargo<br>122,000 miles<br><br>Value $            12,565.00 | | | | 4,842.80 | 0.00 |
| Account No. xxxx5154<br><br>Ford Credit<br>PO Box 6275<br>Dearborn, MI 48121 | | - | Purchase of<br><br>2010 Ford F150 - Raptor<br>14,000 mi<br><br>Value $            25,595.00 | | | | 40,744.89 | 15,149.89 |
| Account No. xxxxxx3364<br><br>Key Equipment Finance Inc<br>3075 Highland Pkwy, 7th Fl<br>Downers Grove, IL 60515 | | - | Lease for Caterpillar C5000-LP Forklift and scissor lift<br><br>Value $                 0.00 | | | | 0.00 | 0.00 |
| _0_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 78,710.86 | 20,166.06 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 78,710.86 | 20,166.06 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  SIMO HOLDINGS, INC., a California corporation ,  Case No. 11-02898
                                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>No Fear MX, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | | - | | | | | 326,090.64 |
| Account No.<br><br>No Fear Retail Stores, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | | - | | | | | 1,504,215.62 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)  1,830,306.26

Total (Report on Summary of Schedules)  1,830,306.26

B6G (Official Form 6G) (12/07)

In re  SIMO HOLDINGS, INC., a California corporation  Case No. 11-02898
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Commercial Equipment Leases<br>PO Box 11826<br>Eugene, OR 97440 | Office Furniture Lease |
| GE Capital<br>PO Box 30803<br>Cedar Rapids, IA 52406 | Office Equipment for corporate offices |
| IKon Financial Services<br>Post Office Box 650073<br>Dallas, TX 75265 | Leases for Ricoh printers and CPP 650 Color System |
| Key Equipment Finance Inc<br>3075 Highland Pkwy, 7th Fl<br>Downers Grove, IL 60515 | Leases for Caterpillar C5000-LP Forklift and 2004 JLG S1932F2 Scissor Lift |
| Leaf Funding<br>2005 Market St, 15th Fl<br>Philadelphia, PA 19103 | Furniture for corporate offices |
| TCF Equipment Finance, Inc<br>11100 Wayzata Blvd, Ste 801<br>Hopkins, MN 55305 | Lease for Lex Jet Printer |

0   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

**CSD 1099 (Page 2)** [09/26/06]

## INSTRUCTIONS

1. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __March 31, 2011__, I served a true copy of the within AMENDED BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]

on the following persons [set forth name and address of each person served]:

☒ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

☐ Chpt. 7 Trustee, if any:

☒ If Chpt. 11, each member of any committee appointed: SEE ATTACHED PROOF OF SERVICE

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __March 31, 2011__
    (Date)

/s/ Steven F. Werth
Steven F. Werth
**Sulmeyer**Kupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Address

In re
**NO FEAR RETAIL STORES, INC.**
Case No. 11-02896-11

Jointly Administered with Case Nos.
**NO FEAR MX, INC. 11-02897-MM11
SIMO HOLDINGS, INC. 11-02898-MM11**

SERVICE LIST

---

**Via U.S. Mail and Email:**

**OFFICE OF THE UNITED STATES TRUSTEE**
Attn: Haeji Hong
402 W. Broadway, Suite 600
San Diego, CA 92101-8511
Haeji.Hong@usdoj.gov

**Via Email:**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
La Jolla Group
Attn: Bill Bussiere,
14350 Myford Road
Irvine, CA 92606
bill.bussiere@lajollagroup.com

Reno Retail Company, LLC
Attn: Jeffrey M. Pomeroy
2222 Arlington Avenue
Birmingham, AL 35205
jpomeroy@bayerproperties.com

SRH Productions Inc.
Attn: Ryan White
2826 La Mirada Dr., Suite B
Vista, CA 92081
Ryan@srh.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

LDIONNEAU\ 712668.1

jdulberg@pszjlaw.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS — NO FEAR RETAIL STORES, INC.**
Jeffrey N. Pomerantz
Pachulsky, Stang, Ziehl and Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

LDIONNEAU\ 712668.1