CSD 1100 [09/26/06]
Name, Address, Telephone No. & I.D. No.
David S. Kupetz, Esq. (State Bar No. 125062)
Steven F. Werth, Esq. (State Bar No. 205434)
**Sulmeyer**Kupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Telephone: 213.626.2311

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SIMO HOLDINGS, INC., a California corporation

Debtor.

BANKRUPTCY NO. 11-02898-MM11

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [x] Summary of Schedules
- [x] Statistical Summary of Certain Liabilities and Related Data
- [x] Schedule A & B - Schedule of Real or Personal Property - **AMENDED SCHEDULE B**
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [x] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - **AMENDED SCHEDULES D AND F - REQUIRES COMPLIANCE WITH LOCAL RULE 1009**
  - [x] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [x] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: April 1, 2011          Signature  /s/ Steven F. Werth, Esq.
                                         Attorney for Debtor

### DECLARATION OF DEBTOR

I [We]  Mark Simo  and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of 2 pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: April , 2011       /s/ Mark Simo
                          Debtor                                    Joint Debtor

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   SIMO HOLDINGS, INC., a California corporation  
                                        Debtor(s)

Case No.   11-02898  
Chapter    11

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $4,829,760.52 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $5,342,970.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $222,426.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | $15,092,894.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| TOTAL | | 60 | $4,829,760.52 | $20,658,291.30 | |

**AMENDED**

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   SIMO HOLDINGS, INC., a California corporation           Case No.   11-02898
                                    Debtor(s)                   Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $222,426.10 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| Average Income (from Schedule I, Line 16) | $ |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $4,482,425.78 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $166,277.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $35,357.62 |
| 4. Total from Schedule F | | $15,092,894.62 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $19,610,678.02 |

**AMENDED**

B6B (Official Form 6B) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation,  Case No. __11-02898__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | ADDED: Inter company balance owed by No Fear MX, Inc | - | 3,657,230.52 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

|  |  |  | Sub-Total > (Total of this page) | 3,657,230.52 |
|---|---|---|---|---|

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**AMENDED**

B6B (Official Form 6B) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation    Case No.  11-02898
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | ADDED<br>2010 Ford F150 - Raptor<br>14,000 mi | - | 25,595.00 |
| | | ADDED<br>2010 Chevrolet Camaro<br>31,000 miles | - | 34,635.00 |
| | | ADDED<br>2010 Interstate 6/10 Loadrunner Trailer | - | 1,685.00 |
| | | ADDED<br>2008 Dodge Sprinter<br>50,000 miles | - | 28,107.00 |
| | | 2008 Dodge Sprinter<br>60,000 miles | - | 28,107.00 |
| | | ADDED<br>2008 Chevrolet Van Express Cargo<br>122,000 miles | - | 12,565.00 |
| | | ADDED<br>2007 Dodge Sprinter<br>58,000 miles | - | 23,726.00 |
| | | ADDED<br>2006 Chevrolet G2500 Cargo Van<br>155,740 miles | - | 8,988.00 |

Sub-Total >     163,408.00
(Total of this page)

Sheet  2  of  3   continuation sheets attached
to the Schedule of Personal Property

**AMENDED**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  SIMO HOLDINGS, INC., a California corporation,  Case No. 11-02898
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | ADDED<br>2005 International 4300 Box Van<br>Leased<br>220,000 miles | - | 8,027.00 |
| | | ADDED<br>1998 Featherlite Trailer | - | 1,095.00 |
| | | ADDED<br>2002 Isuzu Sign Truck<br>32,000 miles | - | Unknown |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

Sub-Total > 9,122.00
(Total of this page)
Total > 3,829,760.52

Sheet  3  of  3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**AMENDED**

In re    SIMO HOLDINGS, INC., a California corporation     Case No.  11-02898
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx5003<br><br>ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | | - | Purchase of Vehicle<br><br>ADDED<br>2008 Dodge Sprinter<br>50,000 miles<br><br>Value $  28,107.00 | | | | 33,123.17 | 5,016.17 |
| Account No. xxxxxxxx4789<br><br>ally<br>PO Box 380902<br>Minneapolis, MN 55438-0902 | | - | Purchase of Vehicle<br><br>ADDED<br>2008 Chevrolet Van Express Cargo<br>122,000 miles<br><br>Value $  12,565.00 | | | | 4,842.80 | 0.00 |
| Account No. xxxx5154<br><br>Ford Credit<br>PO Box 6275<br>Dearborn, MI 48121 | | - | Purchase of<br><br>ADDED<br>2010 Ford F150 - Raptor<br>14,000 mi<br><br>Value $  25,595.00 | | | | 40,744.89 | 15,149.89 |
| Account No. xxxxxx3364<br><br>Key Equipment Finance Inc<br>3075 Highland Pkwy, 7th Fl<br>Downers Grove, IL 60515 | | - | ADDED<br>Lease for Caterpillar C5000-LP Forklift and scissor lift<br><br><br>Value $  0.00 | | | | 0.00 | 0.00 |
| _0_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 78,710.86 | 20,166.06 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 78,710.86 | 20,166.06 |

B6F (Official Form 6F) (12/07)

In re   SIMO HOLDINGS, INC., a California corporation ,   Case No. __11-02898__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>No Fear MX, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | | - | ADDED | | | | 326,090.64 |
| Account No.<br><br>No Fear Retail Stores, Inc<br>1812 Aston Ave<br>Carlsbad, CA 92008 | | - | ADDED | | | | 1,504,215.62 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| __0__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,830,306.26 |
| | | | | | Total<br>(Report on Summary of Schedules) | | 1,830,306.26 |

**AMENDED**

B6G (Official Form 6G) (12/07)

In re   SIMO HOLDINGS, INC., a California corporation                     Case No.   11-02898
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Commercial Equipment Leases<br>PO Box 11826<br>Eugene, OR 97440 | ADDED<br>Office Furniture Lease |
| GE Capital<br>PO Box 30803<br>Cedar Rapids, IA 52406 | ADDED<br>Office Equipment for corporate offices |
| IKon Financial Services<br>Post Office Box 650073<br>Dallas, TX 75265 | ADDED<br>Leases for Ricoh printers and CPP 650 Color System |
| Key Equipment Finance Inc<br>3075 Highland Pkwy, 7th Fl<br>Downers Grove, IL 60515 | ADDED<br>Leases for Caterpillar C5000-LP Forklift and 2004 JLG S1932F2 Scissor Lift |
| Leaf Funding<br>2005 Market St, 15th Fl<br>Philadelphia, PA 19103 | ADDED<br>Furniture for corporate offices |
| TCF Equipment Finance, Inc<br>11100 Wayzata Blvd, Ste 801<br>Hopkins, MN 55305 | ADDED<br>Lease for Lex Jet Printer |

**AMENDED**

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

CSD 1100 (Page 2) [09/26/06]

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
 1. Before each entry, specify the purpose of the amendment by inserting:
  a. "ADDED," if the information was missing from the previous document filed; or
  b. "CORRECTED," if the information modifies previously listed information; or
  c. "DELETED," if previously listed information is to be removed.
 2. At the bottom of each page, insert the word "AMENDED."
 3. Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

---

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  April 1, 2011, I served a true copy of the within AMENDMENT by U.S. MAIL.

on the following persons [set forth name and address of each person served] and as checked below:

**SEE ATTACHED SERVICE LIST**

☐  Chpt. 7 Trustee:

☒  For Chpt. 7, 11, & 12 cases:                    ☐  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   April 1, 2011                         /s/ Lauren Dionneau
             (Date)                                 Lauren Dionneau, Legal Secretary
                                                    **Sulmeyer**Kupetz
                                                    333 South Hope Street
                                                    35th Floor
                                                    Los Angeles, CA 90071-1406
                                                    Address

CSD 1100

In re
**NO FEAR RETAIL STORES, INC.**
Case No. 11-02896-11

Jointly Administered with Case Nos.
NO FEAR MX, INC. 11-02897-MM11
SIMO HOLDINGS, INC. 11-02898-MM11

SERVICE LIST

---

### Via U.S. Mail and Email:

**OFFICE OF THE UNITED STATES TRUSTEE**
Attn: Haeji Hong
402 W. Broadway, Suite 600
San Diego, CA 92101-8511
Haeji.Hong@usdoj.gov

### Via Email:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
La Jolla Group
Attn: Bill Bussiere,
14350 Myford Road
Irvine, CA 92606
bill.bussiere@lajollagroup.com

Reno Retail Company, LLC
Attn: Jeffrey M. Pomeroy
2222 Arlington Avenue
Birmingham, AL 35205
jpomeroy@bayerproperties.com

SRH Productions Inc.
Attn: Ryan White
2826 La Mirada Dr., Suite B
Vista, CA 92081
Ryan@srh.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS —
NO FEAR RETAIL STORES, INC.**
Jeffrey W. Dulberg
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

LDIONNEAU\ 712668.1

jdulberg@pszjlaw.com

**COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS — NO FEAR RETAIL STORES, INC.**
Jeffrey N. Pomerantz
Pachulsky, Stang, Ziehl and Young P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
jpomerantz@pszjlaw.com

LDIONNEAU\ 712668.1