# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | SIMO HOLDINGS, INC. |
| **Case Number:** | 11-02898-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 18, 2011 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matters:

1) FIRST DAY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERA  (fr. 4/1/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 4/1/11)

### Appearances:

HAEJI HONG, ATTORNEY FOR UNITED STATES TRUSTEE
DAVID S. KUPETZ, ATTORNEY FOR NO FEAR RETAIL STORES, INC., NO FEAR RETAILS STORES, INC. & SIMO HOLDINGS INC.
JEFFREY D. CAWDREY, ATTORNEY FOR JID & JUNIAR, INC.
ROBERT R. BARNES, ATTORNEY FOR GENERAL GROWTH PROPERTIES
SUE J. HODGES, ATTORNEY FOR CREDIT CASH, LLC
JEFFREY W. DULBERG, CREDITOR COMMITTEE
JEFFREY POMERANTZ, ATTORNEY FOR CREDITOR COMMITTEE
ROGER FRIEDMAN, ATTORNEY FOR DON EMLER & FMF RACING
VAN DURRER, ATTORNEY FOR GB MERCHANT PARTNERS

### Disposition:

All matters continued to 5/5 at 3:00

1&2) are continued for status.
3) is granted with modifications as stated on the record.  An OST for a motion to appoint a CRO to be filed by Wednesday; opposition to be filed by 5/2/11.

Also an OST to Employ Counsel to be filed tomorrow with opposition due by 4/16; reply by 5/3 and set for hearing  5/5 at 3:00.