# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SIMO HOLDINGS, INC. |
| **Case Number:** | 11-02898-MM11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 05, 2011 03:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | HEATHER PITVORIC |

## Matters:

1) FIRST DAY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL  (fr. 4/18/11)

2) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 4/18/11)

## Appearances:

DAVID KUPETZ, ATTORNEY FOR SIMO HOLDINGS, INC.

## Disposition:

1) Off calendar.
2) Continued to 6/10/11 @ 9:00 AM, Department 1.